RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Coty Decker

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COTY DECKER,<br><br>Defendant. | Case No. 2:26-cr-00005-APG-MDC<br><br>**STIPULATION TO CONTINUE MOTION DEADLINES**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Attorney General, and Courtney Strange, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Coty Decker, that the parties herein shall have to and including October 19, 2026, to file any and all pretrial motions and notices of defense.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including November 2, 2026, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including November 9, 2026, to file any and all replies to dispositive motions.

The Stipulation is entered into for the following reasons:

1. The parties continue to engage in negotiations about potential resolutions of this matter.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The trial date need not move at this time because the proposed pretrial motions deadline would be more than 75 days prior to the trial date (currently January 25, 2027).

This is the fourth stipulation to continue filed herein.

DATED this 18th day of September, 2026.

RENE L. VALLADARES
Federal Public Defender

By */s/ Rick Mula*

RICK MULA
Assistant Federal Public Defender

TODD BLANCHE
Attorney General

By */s/ Courtney Strange*

COURTNEY STRANGE
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>COTY DECKER,<br>Defendant. | Case No. 2:26-cr-00005-APG-MDC<br><u>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER</u> |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties continue to engage in negotiations about potential resolutions of this matter.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The trial date need not move at this time because the proposed pretrial motions deadline would be more than 75 days prior to the trial date (currently January 25, 2027).

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

**ORDER**

IT IS THEREFORE ORDERED that the parties herein shall have to and including October 19, 2026, to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including November 2, 2026, to file any and all responses.

IT IS FURTHER ORDERED that the parties shall have to and including November 9, 2026, to file any and all replies.

DATED this 21st day of September, 2026.

UNITED STATES DISTRICT JUDGE