RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Coty Decker

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COTY DECKER,<br><br>Defendant. | Case No. 2:26-cr-00005-APG-MDC<br><br>**STIPULATION TO CONTINUE ARRAIGNMENT AND PLEA**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Attorney General, and Courtney Strange, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Coty Decker, that the arraignment and plea hearing scheduled for October 13, 2026 at 1:00 p.m., be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

1. The parties are finalizing a plea agreement. They expect to be able to request that the change of plea and arraignment occur at the same date and time before the District Judge. For efficiency, the parties request that the arraignment and plea be continued to allow time to finalize the plea agreement and schedule the change of plea, with the hope that the arraignment and plea can occur on the same date and time as the change of plea.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the second stipulation to continue filed herein.

DATED this 8th day of October, 2026.

RENE L. VALLADARES
Federal Public Defender

By */s/ Rick Mula*

RICK MULA
Assistant Federal Public Defender

TODD BLANCHE
Attorney General

By */s/ Courtney Strange*

COURTNEY STRANGE
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

COTY DECKER,

Defendant.

Case No. 2:26-cr-00005-APG-MDC

**ORDER**

IT IS THEREFORE ORDERED that the arraignment and plea hearing currently scheduled for October 13, 2026, at the hour of 1:00 p.m., be vacated and continued to November 17, 2026 at the hour of 1:00 p.m.

DATED this 13th day of October, 2026.

_________________________________________

UNITED STATES MAGISTRATE JUDGE