**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>COTY DECKER,<br>Defendant. | Case No. 2:26-cr-00005-APG-MDC |

**ORDER**

IT IS THEREFORE ORDERED that the arraignment and plea hearing currently scheduled for November 17, 2026, at the hour of 1:00 p.m., be vacated and continued to December 22, 2026 at the hour of 1 : 00 p.m.

DATED this 16th day of November, 2026.

UNITED STATES MAGISTRATE JUDGE